# United States District Court

EASTERN DISTRICT OF WISCONSIN

                                                **JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

        V.                              CASE NUMBER: **07-C-538**
                                                        **(03-Cr-2)**

**LELAND HALL**,

                          Movant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED **that Leland Hall's petition pursuant to Title 28, United States Code, Section 2255, is DENIED. This action is hereby DISMISSED.**

    **October 18, 2007**                                    **JON W. SANFILIPPO**
Date                                                     Clerk

                                                             s/ Linda M. Zik
                                                            (By) Deputy Clerk